ROSE MAGGI, Respondent, v. GUISEPPI A. SABATINI and ROSA SABATINI, Defendants, and MORRIS E. GOSSETT, Receiver, Appellant.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

MEYER NEUMANN, Respondent, v. EVA GLAUBINGER and Others, Appellants.— Motion to dismiss appeal denied upon condition that the appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

REALTY LINES CORPORATION, Respondent, v. VIRGINIA M. MOLLENHAUER, Appellant, and Others, Defendants.— Motion for stay denied, with leave to defendant Virginia M. Mollenhauer to answer the amended complaint within five days from service of a copy of the order herein. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

RELAY MOTOR TRUCK CORPORATION OF NEW YORK, Appellant, v. ANTONIO LONGO and Another, etc., Respondents.— Motion for stay granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

BARBARA REYNOLDS, Respondent, v. HENRY W. VALENTINE, JR., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

NETTIE ROOTEN, Appellant, v. RAFFAELE MELILLO and CARMELA MELILLO, Respondents, and Others, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

CHRISTIAN B. ROSSMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to add appeal to the November term calendar denied. Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

PERCY S. ROWE, Respondent, v. HOLLIS HOLDING CORPORATION and BERTRAM FINK, Appellants.— Motion granted to the extent of permitting the submission of printed abstracts of Exhibits A to H, inclusive. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

HARRY SCHARFF, Respondent, v. JOSEPH KAHANER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

WILLIAM SCHNEIDER, Respondent, v. QUEENS BUS LINES, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

JULIAN D. STONE, Appellant, v. MAURICE E. KAMLET, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars cost. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.